

# Law Office of
# David A. Adhami

---

233 East Shore Road Ste 210  
Great Neck, New York 11023

(516) 462-9341  
Fax:(516) 882-2140  
David@Adhamilaw.com

December 3, 2019

*VIA ELECTRONIC CASE FILING*  
Hon Paul A. Crotty  
Southern District of New York  
500 Pearl Street  
New York. NY 10007

    Re:    United States v. Darren Davidson  
            Docket 18 Cr. 339 (PAC)

Dear Judge Crotty,

Mr. Davidsons sentencing is currently scheduled for December 10, 2019. The undersigned respectfully requests the sentencing be adjourned for thirty days. This adjournment request is made with the consent of the Government after conferring with Robet Sobelman and Nicholas Chiuchiolo via email.

*[Handwritten annotation: 12-4-19 The matter will be adjourned to January 9, 2020 at 12:45 pm. So ordered. Paul Crotty USDJ]*

                                                        Respectfully Submitted,

                                                         David A. Adhami Esq.

Cc: Via ECF  
Robert Sobelman  
Nicholas Chiuchiolo